AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Arizona

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>2500 East Huntington Drive<br>Flagstaff, Arizona 86004<br>Units 206 and 202B | Case No. 21-4351 MB<br><br>**SEALED** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of __Arizona__
*(identify the person or describe the property to be searched and give its location):*
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   11/23/2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Any U.S. Magistrate Judge on duty in AZ   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____   **Camille D. Bibles**   Digitally signed by Camille D. Bibles
Date: 2021.11.09 22:23:53 -07'00'
*Judge's signature*

City and state:   Flagstaff, Arizona   Hon. Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 21-4351 MB | Date and time warrant executed: 11/10/2021 ~8:40am | Copy of warrant and inventory left with: - Copy of inventory left at property. - Copy of warrant mailed to John Lopez |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

- See attached for 2500 E. Huntington Unit 206 Flagstaff, AZ 86004
- No items seized from 2500 E. Huntington Unit 202B Flagstaff, AZ 86004.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/8/2021

*Executing officer's signature*

Grant Nixon, Special Agent
*Printed name and title*